UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

CHARLES EDWARD PICKETT, JR.,

        Petitioner,

Case No. 1:22-cv-1081

v.

Honorable Ray Kent

RANDEE REWERTS,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  February 9, 2023              /s/ Ray Kent
                                                               Ray Kent
                                                               United States Magistrate Judge