UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

CHARLES EDWARD PICKETT, JR.,

        Petitioner,

v.

        Case No. 1:22-cv-1081

        Honorable Ray Kent

RANDEE REWERTS,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   February 9, 2023                      /s/ Ray Kent
                                                               Ray Kent
                                                               United States Magistrate Judge